United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 20, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-41455
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE HERNANDEZ-AGUILAR,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-02-CR-483-2
- - - - - - - - - -

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Appointed counsel for Jose Hernandez-Aguilar has moved for
leave to withdraw and has filed a brief as required by Anders v.
California, 386 U.S. 738 (1967).  Hernandez has received a copy
of counsel's motion and brief, but has not filed a response.  Our
independent review of the brief and the record discloses no
nonfrivolous issue.  Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.